To: United States Bankruptcy Court
Western District of Washington

Barry Alan Swegle          Case No. 17-11355-CMA
                           adversary case No. 17-d098-CMA

in re - consent to entry of final adjudication

I, Barry Alan Swegle am filing this notice regarding final adjudication and consent containing all of the information required by Local Bankruptcy rule 7012-1(a) with it's final pleading.

Thank you very much

8-8-17

Sincerly
Barry Swegle

FILED
Western District of Washington
at Seattle

AUG 15 2017

MARK L. HATCHER, CLERK
OF THE BANKRUPTCY COURT