# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON, AT SEATTLE

In re:

BARRY ALAN SWEGLE

                Debtors.

---

BARBARA PORTER AND JAMES PORTER, husband and wife;
and DANIEL K. DAVIS AND MARY J. DAVIS, husband and wife,

                Plaintiffs,

vs.

BARRY ALAN SWEGLE,

                Defendant.

NO. 17-11355-CMA

Adversary No. 17-01098-CMA

**STIPULATED MOTION AND ORDER FOR DISMISSAL OF COMPLAINT**

COME NOW the parties and stipulate to dismiss the Complaint filed June 21, 2017 in the above-captioned matter.

DATED this 20th day of December, 2017.

_____
Barry Swegle,
Debtor/Defendant

_____
Lane J. Wolfley, WSBA #9609
Attorney for Plaintiffs

STIPULATED MOTION AND ORDER
FOR DISMISSAL OF COMPLAINT - 1

WOLFLEY LAW OFFICE, P.S.
713 E First St, Port Angeles WA 98362
(360) 457-2794 ; FAX : (360) 457-2045
Lane@WolfleyLawOffice.com

**ORDER**

Based upon the stipulation of the parties, the Complaint filed June 21, 2017 in the above-captioned matter is hereby DISMISSED.

///End of Order///

STIPULATED MOTION AND ORDER
FOR DISMISSAL OF COMPLAINT - 2

**WOLFLEY LAW OFFICE, P.S.**
713 E First St, Port Angeles WA 98362
(360) 457-2794 ; FAX : (360) 457-2045
Lane@WolfleyLawOffice.com

**Presented by:**

_/s/ Lane J. Wolfley_
Lane J. Wolfley, WSBA #9609
Attorney for Plaintiffs

_/s/ Barry Swegle_
Barry Swegle
Debtor/Defendant

STIPULATED MOTION AND ORDER
FOR DISMISSAL OF COMPLAINT - 3

**WOLFLEY LAW OFFICE, P.S.**
713 E First St, Port Angeles WA 98362
(360) 457-2794 ; FAX : (360) 457-2045
Lane@WolfleyLawOffice.com